808

*kamp,* immediately *infra.*

No. 91–194.  QUILL CORP. *v.* NORTH DAKOTA, BY AND THROUGH ITS TAX COMMISSIONER, HEITKAMP.  Sup. Ct. N. D.  Certiorari granted limited to Question 1 presented by the petition and case set for oral argument in tandem with No. 91–119, *Wisconsin Department of Revenue* v. *William Wrigley, Jr., Co.,* immediately *supra.*

No. 90–1407.  PERRY *v.* AMERACE CORP.; and
No. 90–1525.  PAC-TEC, INC. *v.* PERRY.  C. A. Fed. Cir.  Certiorari denied.  Reported below: 918 F. 2d 931.

No. 90–1428.  ERNEST *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 90–1438.  KRAMER *v.* RAVELLA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 90–1482.  AIR LINE PILOTS ASSN., INTERNATIONAL, AFL–CIO *v.* SHUGRUE, AS CHAPTER 11 TRUSTEE FOR EASTERN AIR LINES, INC.  C. A. 2d Cir.  Certiorari denied.

No. 90–1564.  TERRITORIAL COURT OF THE VIRGIN ISLANDS *v.* ESTATE THOMAS MALL, INC.  C. A. 3d Cir.  Certiorari denied.

No. 90–1583.  DINO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–1598.  KORB *v.* LEHMAN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–1612.  JUNGHERR *v.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1620.  PEARSON ET AL. *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 90–1623.  S. E. JOHNSON CO. ET AL. *v.* ARTHUR S. LANGENDERFER, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.